**Subject:** FW: Barry D. Ross EEOC Complaint
**Date:** Friday, June 2, 2023 at 12:36:31 PM Central Daylight Time
**From:** bross apexsearch.net
**To:** Bethany Herrera
**Priority:** High

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**From:** "bross apexsearch.net" <bross@apexsearch.net>
**Date:** Thursday, June 1, 2023 at 2:42 PM
**To:** Alexa Couch <alexa.couch@americaneagle.com>, "kaitlyn.schmit@americaneagle.com" <kaitlyn.schmit@americaneagle.com>
**Cc:** "msvanascini@americaneagle.com" <msvanascini@americaneagle.com>
**Subject:** Barry D. Ross EEOC Complaint

Hello Kaitlyn

I was recently rejected from an Account Manager role by Recruiter Alexa Couch.  I was informed that another candidate had been selected, however, upon reviewing publicly available data, I was able to determine that AE has *never* in the 40 year history of your company, hired an African-American Account Manager. Furthermore, AE does not currently employ any African-Americans in the HR department.  As I indicated to Alexa, upon receiving her notification, I strongly believe AE has intentionally discriminated against black candidates as part of your overall hiring process.

Upon reviewing the approximately 700 current employees at American Eagle, I discovered your company only employs 5 African-Americans in total, and only one African-American serves as a manager.   This type of discrimination has persisted at AE, since its inception, and has denied black candidates, such as myself, an equal opportunity to be considered for hire.

I discovered AE via your company's nationwide TV ads, and I was very impressed with the roster of prestigious companies, that you support.  I decided to reach out to Joe Wark, Account Manager, to discuss the scope of the role and the company expectations.   During my chat with Joe, I determined that my background in PPC, Google, FB and Linkedin Ads would be a good fit for the Account Manager position.   Joe seemed to agree and wished me luck throughout the process.

The next phase of the process was an introductory chat with Alexa Couch, whereby, she inquired about my

experience with specific technology, such as Google Ads, Shopify, Sitecore etc. Alexa also asked if I was open to relocation to the Chicago area from my current home in Atlanta. I advised her that I was definitely open to relocation, and that I was excited about continuing the interview process.

Per the email below, Alexa informed me on 5/3/23 that I was not selected for additional interviews, and the company had decided to pursue other candidates. I was flabbergasted to receive such as a quick rejection, without the benefit of being evaluated further, based upon my applicable skillset.

Alexa was aware that I was seeking to transition from recruiting into an Account Manager role at AE. I assumed that I would at least have the opportunity to meet with a Sales Manager to discuss my qualifications further, and to articulate my rationale for seeking a career change. I was hopeful because I discovered that quite a few of AE's current Account Managers had also previously served as recruiters. However, I was not given the same opportunity to be considered.

During my evaluation of your company's current Account Manager roster, I also determined that the average age of most AM's was approximately 28 years of age. I strongly believe that I was also discriminated against due to my age. Many older African-Americans have suffered the same indignation and rejection, when searching for roles that meet their qualifications. The impact of discrimination negatively resonates within the black community, and fosters a lack of trust that employers will truly give them an equal opportunity.

Alexa Couch was aware of my race, based upon my Linkedin profile picture, she was also generally aware of my age, based upon my years of experience.

Recently, I met with the EEOC and they have agreed to inquire further, regarding my discrimination complaint against your company. In lieu of litigation, I'm simply seeking a fair chance to prove my qualifications as an Account Manager, and leverage my experience in digital marketing. I'm currently certified in Google and Linkedin Marketing, and soon to be certified as a Google Cloud Specialist.

Thanks for your attention, and I look forward to your response.

Best,

Barry D. Ross
310-600-5719

---

**From:** Alexa Couch <alexa.couch@americaneagle.com>
**Date:** Wednesday, May 3, 2023 at 8:16 AM
**To:** "bross apexsearch.net" <bross@apexsearch.net>
**Subject:** RE: Phone Interview (Barry Ross) 310-383-7917

Hi Barry,

Thank you very much for your time in discussing the position and our company. Your positive personality over the phone, passion and work ethic are all things we look for in a team member. Unfortunately, we have decided to pursue another candidate at this time. It was a really tough decision and I wish I had better news for you.

Thank you for your interest in Americaneagle.com and I wish you the best of luck in finding a new career!

Thanks,

**Alexa Couch**
alexa.couch@americaneagle.com

**EXHIBIT A**



Americaneagle.com, 2600 S. River Road, Des Plaines, IL 60018
T. 847-699-0300 | F. 847-699-4207

*This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner. Thank you.*

**From:** Barrington <bross@apexsearch.net>
**Sent:** Monday, May 1, 2023 3:04 PM
**To:** Alexa Couch <alexa.couch@americaneagle.com>
**Subject:** Re: Phone Interview (Barry Ross) 310-383-7917

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks for chatting Alexa!

Barry

Sent from my iPad

> On May 1, 2023, at 2:46 PM, Alexa Couch <alexa.couch@americaneagle.com> wrote:

Sounds good! I'll give you a call here in about 15 minutes. 😊

# Alexa Couch
alexa.couch@americaneagle.com



Americaneagle.com, 2600 S. River Road, Des Plaines, IL 60018
T. 847-699-0300 | F. 847-699-4207

*This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner. Thank you.*

**From:** bross apexsearch.net <bross@apexsearch.net>
**Sent:** Monday, May 1, 2023 10:49 AM
**To:** Alexa Couch <alexa.couch@americaneagle.com>
**Subject:** Phone Interview (Barry Ross) 310-383-7917

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hey Alexa

Looking forward to chatting, please call me at 310-383-7917 instead of number listed on Calendly.

Thanks!

Barry

---

**From:** Alexa Couch <alexa.couch@americaneagle.com>
**Date:** Thursday, April 27, 2023 at 10:04 AM
**To:** bross apexsearch.net <bross@apexsearch.net>
**Subject:** Americaneagle.com Phone Interview

Hi Barry,

Thank you for applying to Americaneagle.com (Web Design, Development & Digital Marketing)! We have reviewed your resume and would like to schedule a phone interview to talk more about the position as well as your experience. Please use this link to schedule a brief call with me. I'm looking forward to the conversation!

https://calendly.com/alexa-couch/americaneagle-com-phone-interview

Thanks,

## Alexa Couch
alexa.couch@americaneagle.com



Americaneagle.com, 2600 S. River Road, Des Plaines, IL 60018
T.  847-699-0300  |  F.  847-699-4207

*This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner. Thank you.*

**Monday, July 3, 2023 at 08:08:45 Central Daylight Time**

| | |
|---|---|
| **Subject:** | Re: Barry D. Ross EEOC Complaint/Demand Letter |
| **Date:** | Tuesday, June 20, 2023 at 2:56:40 PM Central Daylight Time |
| **From:** | bross apexsearch.net |
| **To:** | Rebecca Sundin |
| **CC:** | Mike Svanascini |
| **Priority:** | High |
| **Attachments:** | image003.png, image004.png |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Rebecca

In regards to my recent EEOC complaint, and my offer to forego litigation, I will assume that you can't meet the burden of proof, to disprove my contention, that American Eagle has *never* hired an African-American into an Account Manager or HR role, in the entire history of the company. This type of blatant discrimination negatively resonates within the black community, and denies older, candidates of color, such as myself, a fair opportunity for hire.

I was initially optimistic about meeting with hiring managers, to discuss my qualifications for the role. However, I was never given the opportunity to meet with any technical staff. Based upon AE's history of discrimination, I assume that nearly every black candidate, was treated in the same manner.   To date, AE employs nearly 700 employees, however, only 5 are African-American. These are pertinent facts that the EEOC will be interested in discovering as part of their investigative process.

However, I would like to make an offer of settlement, in exchange for a commitment from American Eagle to cease its discriminatory behavior towards candidates of my class. I am requesting $100,000 in compensation for AE's failure to hire, and consider me for the Account Manager role.

If we're unable to reach a settlement agreement, I will ask the EEOC to continue their investigation, and I will provide direct evidence in the form of historically public data, to assist in further validating my claim of discrimination.

Thanks for your attention,

Barry D. Ross
310-600-5719

**EXHIBIT B**

**From:** Rebecca Sundin <rebeccas@americaneagle.com>
**Date:** Monday, June 5, 2023 at 2:02 PM
**To:** "bross apexsearch.net" <bross@apexsearch.net>
**Subject:** Re: Barry D. Ross EEOC Complaint

Dear Mr. Ross,

Thank you for your email. I am the general counsel for Americaneagle.com and have reviewed your communications with our company. We strongly disagree with your allegations. We take diversity hiring very seriously and have worked closely with the U.S. Department of Labor to submit and monitor our affirmative action plan. The reason you were not hired is solely because you were not qualified for the Account Manager position to which you applied.

As clearly stated in our job posting, we require that the applicant for the account manager position must have previous customer service experience. Our account managers must have a proven track record of working within a customer service team and acting as a liaison between the company and the end customer. We look for candidates who have experience tracking projects through various online tools. We also look for candidates who have a proven record completing tasks in a technical environment for customers in a timely fashion.

We reviewed your resume determined that you do not have the requisite experience. Indeed, it is apparent you are a technical recruiter and that you specialize in talent search. The position you applied for has no overlap with the qualifications listed on your resume. Nowhere have you demonstrated that you have any customer service experience, or any experience working with technical teams to resolve customer issues. Moreover, you are located in Atlanta. We have no current plans to open an office in that area. Finally, you requested a salary that was much higher than what we would typically offer an account manager at our company. For these reasons, we decided not to continue with your application and informed you promptly.

Now that you have threatened litigation, we respectfully ask that you stop all communication to the company, including sending litigation threats to our employees and posting on our social media accounts. The company reserves all rights and remedies.

Regards,

Rebecca


**Rebecca Sundin**
rebeccas@americaneagle.com


Americaneagle.com, 2600 S. River Road, Des Plaines, IL 60018
T.  847-699-0300  |  F.  847-699-4207

*This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified*

*that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner. Thank you.*

---

**From:** "bross apexsearch.net" <bross@apexsearch.net>
**Date:** Friday, June 2, 2023 at 10:52 AM
**To:** Bethany Herrera <bethany.herrera@americaneagle.com>
**Subject:** FW: Barry D. Ross EEOC Complaint

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

**From:** "bross apexsearch.net" <bross@apexsearch.net>
**Date:** Thursday, June 1, 2023 at 2:42 PM
**To:** Alexa Couch <alexa.couch@americaneagle.com>, "kaitlyn.schmit@americaneagle.com" <kaitlyn.schmit@americaneagle.com>
**Cc:** "msvanascini@americaneagle.com" <msvanascini@americaneagle.com>
**Subject:** Barry D. Ross EEOC Complaint

Hello Kaitlyn

I was recently rejected from an Account Manager role by Recruiter Alexa Couch. I was informed that another candidate had been selected, however, upon reviewing publicly available data, I was able to determine that AE has *never* in the 40 year history of your company, hired an African-American Account Manager. Furthermore, AE does not currently employ any African-Americans in the HR department. As I indicated to Alexa, upon receiving her notification, I strongly believe AE has intentionally discriminated against black candidates as part of your overall hiring process.

Upon reviewing the approximately 700 current employees at American Eagle, I discovered your company only employs 5 African-Americans in total, and only one African-American serves as a manager. This type of discrimination has persisted at AE, since its inception, and has denied black candidates, such as myself, an equal opportunity to be considered for hire.

I discovered AE via your company's nationwide TV ads, and I was very impressed with the roster of prestigious companies, that you support. I decided to reach out to Joe Wark, Account Manager, to discuss the scope of the role and the company expectations. During my chat with Joe, I determined that my background in PPC, Google, FB and Linkedin Ads would be a good fit for the Account Manager position. Joe

seemed to agree and wished me luck throughout the process.

The next phase of the process was an introductory chat with Alexa Couch, whereby, she inquired about my experience with specific technology, such as Google Ads, Shopify, Sitecore etc.  Alexa also asked if I was open to relocation to the Chicago area from my current home in Atlanta.  I advised her that I was definitely open to relocation, and that I was excited about continuing the interview process.

Per the email below, Alexa informed me on 5/3/23 that I was not selected for additional interviews, and the company had decided to pursue other candidates.  I was flabbergasted to receive such as a quick rejection, without the benefit of being evaluated further, based upon my applicable skillset.

Alexa was aware that I was seeking to transition from recruiting into an Account Manager role at AE.  I assumed that I would at least have the opportunity to meet with a Sales Manager to discuss my qualifications further, and to articulate my rationale for seeking a career change.   I was hopeful because I discovered that quite a few of AE's current Account Managers had also previously served as recruiters.  However, I was not given the same opportunity to be considered.

During my evaluation of your company's current Account Manager roster, I also determined that the average age of most AM's was approximately 28 years of age.  I strongly believe that I was also discriminated against due to my age.  Many older African-Americans have suffered the same indignation and rejection, when searching for roles that meet their qualifications.  The impact of discrimination negatively resonates within the black community, and fosters a lack of trust that employers will truly give them an equal opportunity.

Alexa Couch was aware of my race, based upon my Linkedin profile picture, she was also generally aware of my age, based upon my years of experience.

Recently, I met with the EEOC and they have agreed to inquire further, regarding my discrimination complaint against your company.   In lieu of litigation, I'm simply seeking a fair chance to prove my qualifications as an Account Manager, and leverage my experience in digital marketing.  I'm currently certified in Google and Linkedin Marketing, and soon to be certified as a Google Cloud Specialist.

Thanks for your attention, and I look forward to your response.

Best,

Barry D. Ross
310-600-5719

**From:** Alexa Couch <alexa.couch@americaneagle.com>
**Date:** Wednesday, May 3, 2023 at 8:16 AM
**To:** "bross apexsearch.net" <bross@apexsearch.net>

**EXHIBIT B**

**Subject:** RE: Phone Interview (Barry Ross) 310-383-7917

Hi Barry,

Thank you very much for your time in discussing the position and our company. Your positive personality over the phone, passion and work ethic are all things we look for in a team member. Unfortunately, we have decided to pursue another candidate at this time. It was a really tough decision and I wish I had better news for you.

Thank you for your interest in Americaneagle.com and I wish you the best of luck in finding a new career!

Thanks,

### Alexa Couch
alexa.couch@americaneagle.com



Americaneagle.com, 2600 S. River Road, Des Plaines, IL 60018
T. 847-699-0300 | F. 847-699-4207

*This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner. Thank you.*

**From:** Barrington <bross@apexsearch.net>
**Sent:** Monday, May 1, 2023 3:04 PM
**To:** Alexa Couch <alexa.couch@americaneagle.com>
**Subject:** Re: Phone Interview (Barry Ross) 310-383-7917

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks for chatting Alexa!

Barry

Sent from my iPad

> On May 1, 2023, at 2:46 PM, Alexa Couch <alexa.couch@americaneagle.com> wrote:

> Sounds good! I'll give you a call here in about 15 minutes. 

> ### Alexa Couch
> alexa.couch@americaneagle.com

**EXHIBIT B**



Americaneagle.com, 2600 S. River Road, Des Plaines, IL 60018
T. 847-699-0300  |  F. 847-699-4207

*This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner. Thank you.*

**From:** bross apexsearch.net <bross@apexsearch.net>
**Sent:** Monday, May 1, 2023 10:49 AM
**To:** Alexa Couch <alexa.couch@americaneagle.com>
**Subject:** Phone Interview (Barry Ross) 310-383-7917

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hey Alexa

Looking forward to chatting, please call me at 310-383-7917 instead of number listed on Calendly.

Thanks!

Barry

**From:** Alexa Couch <alexa.couch@americaneagle.com>
**Date:** Thursday, April 27, 2023 at 10:04 AM
**To:** bross apexsearch.net <bross@apexsearch.net>
**Subject:** Americaneagle.com Phone Interview

Hi Barry,

Thank you for applying to Americaneagle.com (Web Design, Development & Digital Marketing)! We have reviewed your resume and would like to schedule a phone interview to talk more about the position as well as your experience. Please use this link to schedule a brief call with me. I'm looking forward to the conversation!

https://calendly.com/alexa-couch/americaneagle-com-phone-interview

Thanks,

**Alexa Couch**
alexa.couch@americaneagle.com

EXHIBIT B



Americaneagle.com, 2600 S. River Road, Des Plaines, IL 60018
T.  847-699-0300  |  F.  847-699-4207

*This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner. Thank you.*

EXHIBIT C



### U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Chicago District Office

JCK Federal Building
230 S. Dearborn
Suite 1866 (Enforcement, State and Local & Hearings)
Suite 2920 (Legal & ADR)
Chicago, IL 60604
Chicago Direct Dial: (312) 872-9777
Enforcement Fax: (312) 588-1260
Website: www.eeoc.gov

CHARGE NUMBER: 440-2023-06353

Barry D. Ross                                    Charging Party
6343 Park Creek Drive
Charlotte, NC 28262

vs.

Americaneagle.com                               Respondent
2600 S River Rd
Des Plaines, IL 60018

## <u>DETERMINATION</u>

Under the authority vested in me by the U.S. Equal Employment Opportunity Commission's ("Commission") Procedural Regulations, I issue the following determination on the merits of the subject charge filed under Title VII of the Civil Rights Act of 1964 (Title VII), as amended, and the Age Discrimination in Employment Act of 1967 (ADEA), as amended.

Respondent is an employer within the meaning of Title VII and the ADEA, and all requirements for coverage have been met.

Charging Party alleges that he was discriminated against because of his race, Black, and his age, 55 (YOB: 1967), by not being hired for the Account Manager position, in violation of Title VII and the ADEA.

I have determined that the evidence obtained during the investigation establishes reasonable cause to believe that Respondent discriminated against Charging Party, and a class of individuals, because of their race, Black, by not hiring them for the Account Manager position, in violation of Title VII.

I have determined that the evidence obtained during the investigation establishes reasonable cause to believe that Respondent failed to maintain personnel and employment records in accordance with the Commission's Procedural Regulations (29 CFR Section 1602.14), in violation of Title VII.

This determination is final. When the Commission finds that violations have occurred, it attempts to eliminate the alleged unlawful practices by informal methods of conciliation. Therefore, I invite the parties to join with the Commission in reaching a just resolution of this matter. Anything said or done during the conciliation process will be kept confidential by the Commission and, subject to limited exceptions set out in the Commission's Procedural Regulations (29 CFR Part 1601.26), may not be used by participants in a subsequent proceeding, including litigation on this charge,

EXHIBIT C

without the consent of all parties.

Page 2
440-2023-06353

If Respondent wish to accept this invitation to participate in conciliation efforts, please notify Alexus Redditt at alexus.redditt@eeoc.gov or (312) 872-9698 within 14 days. Respondents are encouraged to include proposed terms for a conciliation agreement. The remedies for violations of the statutes we enforce are designed to make the identified victims whole and to provide corrective and preventative relief. These remedies may include, as appropriate, an agreement by Respondents not to engage in unlawful employment practices, placement of identified victims in positions they would have held but for discriminatory actions, back pay, restoration of lost benefits, injunctive relief, compensatory and/or punitive damages, and notice to employees of the violation(s) and the resolution of the claim.

Should Respondent have further questions regarding the conciliation process, or the conciliation terms it would like to propose, please contact the investigator identified above. Should there be no response from Respondent within 14 days, we may conclude that further conciliation efforts in this matter would be futile or non-productive.

On behalf of the Commission:

August 7, 2025_____
Date

_____
Amrith K. Aakre
District Director



https://www.facebook.com/barrington.ross/posts/pfbid02rKPrYf3s5moEKEdzJUFn5ACUWsAr274zPDpujAM54riou1A54YJX9Yg7rx93R1Y4I

Subject ID Photo:



https://www.facebook.com/photo/?fbid=10160873159588611&set=a.427681933610



https://www.facebook.com/barrington.ross/posts/pfbid02ctLFMeGtws3gLCBL6r2CM6BMsvUr5keQD2rTyttwxmnakemS7KMkzXi89mTMM4tI



Barrington D. Ross · **Follow**
October 20, 2023 · 🌐

When dealing with the EEOC, you're not only fighting for your rights, you're also fighting the system!

I've had a lot of success in litigating cases via the EEOC, but recently, a young female investigator, tried to convince me, my case didn't merit further inquiry.

Despite, having ample evidence, including historical hiring data, supportive statements from previous employees of the company, confirming they had NEVER hired a black Account Manager in their entire history!

So, I followed up with her supervisor, and received a note this morning, advising me that the case will continue to be investigated.

It's a shame that you have fight so hard to get bureaucrats to do their job, and many times, it's your own people!! ✊🏾

👍❤️😆 14         12 comments

Friday, October 20, 2023 at 9:06 AM

https://www.facebook.com/barrington.ross/posts/pfbid04xXPh52Mvtw8Egx1HvPQ6mA4YX1VwYXVk7JA1rq4WLARppXcr8Cc5sn5K5DJoekel







https://www.facebook.com/barrington.ross/posts/pfbid04rJKSHN7B7aN9oxMYu7kpQYTtMTHzG85gbzNLTPaXyXwLeF5i7Tc2v5jfYEm7ez7I

https://www.facebook.com/barrington.ross/posts/pfbid029K8HDPBoyfkYJEJ4CYkZfV55bwdR4qGa1EuRgeE1RvWU8Xpar24pe8qmm63xoTKDl





<span style="color:red">**EXHIBIT E**</span>

**Steven Leech**

| | |
|---|---|
| **From:** | bross apexsearch.net <bross@apexsearch.net> |
| **Sent:** | Thursday, August 21, 2025 8:30 AM |
| **To:** | Rebecca Sundin |
| **Cc:** | Mike Svanascini; Alexa Couch |
| **Subject:** | Re: Barry D. Ross EEOC Determination - Racial Discrimination |
| | |
| **Importance:** | High |

Dear Mike & Rebecca

As you're aware, the EEOC recently found your company in violation of Title VII for Racial Discrimination in hiring, I also believe that you discriminated against me due to my age as well. Since notification of the complaint, American Eagle has continued to discriminate against African-American candidates, specifically for the Account Manager role, which has been determined that you have NEVER hired a black Account Manager in the 40 year history of your company.

Throughout this process, you've been obstinate, arrogant and attempted to obfuscate the investigation by submitting false records to the EEOC. At this stage, I'm prepared to speak with the Chicago Tribune and notify ALL of your current clients, and employees of this egregious finding.

I hope this will encourage to you to cease and desist your discriminatory practices, and give African-Americans a fair opportunity to be hired and promoted.

Regards,

Barry D. Ross
310-492-3710

---

**From:** Rebecca Sundin <rebeccas@americaneagle.com>
**Date:** Tuesday, June 20, 2023 at 4:56 PM
**To:** "bross apexsearch.net" <bross@apexsearch.net>
**Cc:** Mike Svanascini <mikes@americaneagle.com>
**Subject:** Re: Barry D. Ross EEOC Complaint/Demand Letter

Dear Mr. Ross,

Thank you for your email. As we previously stated, Americaneagle.com denies your allegations. Further, Americaneagle.com rejects your demand for payment of $100,000. We will not respond to your emails going forward and ask that you do not contact us directly. We will respond to your EEOC Charge in a timely manner as required by the EEOC and are confident we will succeed in our defense of your claim.

Regards,
Rebecca


<span style="color:red">**Rebecca Sundin**</span>
rebeccas@americaneagle.com

**EXHIBIT E**

Americaneagle.com, 2600 S. River Road, Des Plaines, IL 60018
T.  847-699-0300  |  F.  847-699-4207

*This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner. Thank you.*

**From:** "bross apexsearch.net" <bross@apexsearch.net>
**Date:** Tuesday, June 20, 2023 at 2:56 PM
**To:** Rebecca Sundin <rebeccas@americaneagle.com>
**Cc:** Mike Svanascini <mikes@americaneagle.com>
**Subject:** Re: Barry D. Ross EEOC Complaint/Demand Letter

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Rebecca

In regards to my recent EEOC complaint, and my offer to forego litigation, I will assume that you can't meet the burden of proof, to disprove my contention, that American Eagle has *never* hired an African-American into an Account Manager or HR role, in the entire history of the company.  This type of blatant discrimination negatively resonates within the black community, and denies older, candidates of color, such as myself, a fair opportunity for hire.

I was initially optimistic about meeting with hiring managers, to discuss my qualifications for the role.  However, I was never given the opportunity to meet with any technical staff.  Based upon AE's history of discrimination, I assume that nearly every black candidate, was treated in the same manner.   To date, AE employs nearly 700 employees, however, only 5 are African-American.  These are pertinent facts that the EEOC will be interested in discovering as part of their investigative process.

However, I would like to make an offer of settlement, in exchange for a commitment from American Eagle to cease its discriminatory behavior towards candidates of my class.  I am requesting $100,000 in compensation for AE's failure to hire, and consider me for the Account Manager role.

If we're unable to reach a settlement agreement, I will ask the EEOC to continue their investigation, and I will provide direct evidence in the form of historically public data, to assist in further validating my claim of discrimination.

Thanks for your attention,

Barry D. Ross
310-600-5719

2

**EXHIBIT E**

**From:** Rebecca Sundin <rebeccas@americaneagle.com>
**Date:** Monday, June 5, 2023 at 2:02 PM
**To:** "bross apexsearch.net" <bross@apexsearch.net>
**Subject:** Re: Barry D. Ross EEOC Complaint

Dear Mr. Ross,

Thank you for your email. I am the general counsel for Americaneagle.com and have reviewed your communications with our company. We strongly disagree with your allegations. We take diversity hiring very seriously and have worked closely with the U.S. Department of Labor to submit and monitor our affirmative action plan.  The reason you were not hired is solely because you were not qualified for the Account Manager position to which you applied.

As clearly stated in our job posting, we require that the applicant for the account manager position must have previous customer service experience. Our account managers must have a proven track record of working within a customer service team and acting as a liaison between the company and the end customer. We look for candidates who have experience tracking projects through various online tools. We also look for candidates who have a proven record completing tasks in a technical environment for customers in a timely fashion.

We reviewed your resume determined that you do not have the requisite experience. Indeed, it is apparent you are a technical recruiter and that you specialize in talent search. The position you applied for has no overlap with the qualifications listed on your resume. Nowhere have you demonstrated that you have any customer service experience, or any experience working with technical teams to resolve customer issues. Moreover, you are located in Atlanta. We have no current plans to open an office in that area. Finally, you requested a salary that was much higher than what we would typically offer an account manager at our company. For these reasons, we decided not to continue with your application and informed you promptly.

Now that you have threatened litigation, we respectfully ask that you stop all communication to the company, including sending litigation threats to our employees and posting on our social media accounts. The company reserves all rights and remedies.

Regards,

Rebecca


**Rebecca Sundin**
rebeccas@americaneagle.com


Americaneagle.com, 2600 S. River Road, Des Plaines, IL 60018
T.  847-699-0300  |  F.  847-699-4207

*This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any*

3

**EXHIBIT E**

*dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner. Thank you.*

---

**From:** "bross apexsearch.net" <bross@apexsearch.net>
**Date:** Friday, June 2, 2023 at 10:52 AM
**To:** Bethany Herrera <bethany.herrera@americaneagle.com>
**Subject:** FW: Barry D. Ross EEOC Complaint

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

**From:** "bross apexsearch.net" <bross@apexsearch.net>
**Date:** Thursday, June 1, 2023 at 2:42 PM
**To:** Alexa Couch <alexa.couch@americaneagle.com>, "kaitlyn.schmit@americaneagle.com" <kaitlyn.schmit@americaneagle.com>
**Cc:** "msvanascini@americaneagle.com" <msvanascini@americaneagle.com>
**Subject:** Barry D. Ross EEOC Complaint

Hello Kaitlyn

I was recently rejected from an Account Manager role by Recruiter Alexa Couch. I was informed that another candidate had been selected, however, upon reviewing publicly available data, I was able to determine that AE has *never* in the 40 year history of your company, hired an African-American Account Manager. Furthermore, AE does not currently employ any African-Americans in the HR department. As I indicated to Alexa, upon receiving her notification, I strongly believe AE has intentionally discriminated against black candidates as part of your overall hiring process.

Upon reviewing the approximately 700 current employees at American Eagle, I discovered your company only employs 5 African-Americans in total, and only one African-American serves as a manager. This type of discrimination has persisted at AE, since its inception, and has denied black candidates, such as myself, an equal opportunity to be considered for hire.

I discovered AE via your company's nationwide TV ads, and I was very impressed with the roster of prestigious companies, that you support. I decided to reach out to Joe Wark, Account Manager, to discuss the scope of the role and the company expectations. During my chat with Joe, I determined that my background in PPC, Google, FB and Linkedin Ads would be a good fit for the Account Manager position. Joe seemed to agree and wished me luck throughout the process.

The next phase of the process was an introductory chat with Alexa Couch, whereby, she inquired about my experience with specific technology, such as Google Ads, Shopify, Sitecore etc. Alexa also asked if I was open to relocation to the Chicago area from my current home in Atlanta. I advised her that I was definitely open to relocation, and that I was excited about continuing the interview process.

Per the email below, Alexa informed me on 5/3/23 that I was not selected for additional interviews, and the company had decided to pursue other candidates. I was flabbergasted to receive such as a quick rejection, without the benefit of being evaluated further, based upon my applicable skillset.

**EXHIBIT E**

Alexa was aware that I was seeking to transition from recruiting into an Account Manager role at AE. I assumed that I would at least have the opportunity to meet with a Sales Manager to discuss my qualifications further, and to articulate my rationale for seeking a career change. I was hopeful because I discovered that quite a few of AE's current Account Managers had also previously served as recruiters. However, I was not given the same opportunity to be considered.

During my evaluation of your company's current Account Manager roster, I also determined that the average age of most AM's was approximately 28 years of age. I strongly believe that I was also discriminated against due to my age. Many older African-Americans have suffered the same indignation and rejection, when searching for roles that meet their qualifications. The impact of discrimination negatively resonates within the black community, and fosters a lack of trust that employers will truly give them an equal opportunity.

Alexa Couch was aware of my race, based upon my Linkedin profile picture, she was also generally aware of my age, based upon my years of experience.

Recently, I met with the EEOC and they have agreed to inquire further, regarding my discrimination complaint against your company. In lieu of litigation, I'm simply seeking a fair chance to prove my qualifications as an Account Manager, and leverage my experience in digital marketing. I'm currently certified in Google and Linkedin Marketing, and soon to be certified as a Google Cloud Specialist.

Thanks for your attention, and I look forward to your response.

Best,

Barry D. Ross
310-600-5719

---

**From:** Alexa Couch <alexa.couch@americaneagle.com>
**Date:** Wednesday, May 3, 2023 at 8:16 AM
**To:** "bross apexsearch.net" <bross@apexsearch.net>
**Subject:** RE: Phone Interview (Barry Ross) 310-383-7917

Hi Barry,

Thank you very much for your time in discussing the position and our company. Your positive personality over the phone, passion and work ethic are all things we look for in a team member. Unfortunately, we have decided to pursue another candidate at this time. It was a really tough decision and I wish I had better news for you.

Thank you for your interest in Americaneagle.com and I wish you the best of luck in finding a new career!

Thanks,

**Alexa Couch**
alexa.couch@americaneagle.com



Americaneagle.com, 2600 S. River Road, Des Plaines, IL 60018
T. 847-699-0300  |  F. 847-699-4207

**EXHIBIT E**

*This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner. Thank you.*

**From:** Barrington <bross@apexsearch.net>
**Sent:** Monday, May 1, 2023 3:04 PM
**To:** Alexa Couch <alexa.couch@americaneagle.com>
**Subject:** Re: Phone Interview (Barry Ross) 310-383-7917

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks for chatting Alexa!

Barry

Sent from my iPad

> On May 1, 2023, at 2:46 PM, Alexa Couch <alexa.couch@americaneagle.com> wrote:

Sounds good! I'll give you a call here in about 15 minutes. 😊

## Alexa Couch
alexa.couch@americaneagle.com



Americaneagle.com, 2600 S. River Road, Des Plaines, IL 60018
T. 847-699-0300 | F. 847-699-4207

*This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner. Thank you.*

**From:** bross apexsearch.net <bross@apexsearch.net>
**Sent:** Monday, May 1, 2023 10:49 AM
**To:** Alexa Couch <alexa.couch@americaneagle.com>
**Subject:** Phone Interview (Barry Ross) 310-383-7917

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hey Alexa

Looking forward to chatting, please call me at 310-383-7917 instead of number listed on Calendly.

Thanks!

Barry

---

**From:** Alexa Couch <alexa.couch@americaneagle.com>
**Date:** Thursday, April 27, 2023 at 10:04 AM
**To:** bross apexsearch.net <bross@apexsearch.net>
**Subject:** Americaneagle.com Phone Interview

Hi Barry,

Thank you for applying to Americaneagle.com (Web Design, Development & Digital Marketing)! We have reviewed your resume and would like to schedule a phone interview to talk more about the position as well as your experience. Please use this link to schedule a brief call with me. I'm looking forward to the conversation!

https://calendly.com/alexa-couch/americaneagle-com-phone-interview

Thanks,

## Alexa Couch
alexa.couch@americaneagle.com



Americaneagle.com, 2600 S. River Road, Des Plaines, IL 60018
T.  847-699-0300  |  F.  847-699-4207

*This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner. Thank you.*

**EXHIBIT F**

## Steven Leech

| | |
|---|---|
| **From:** | bross apexsearch.net <bross@apexsearch.net> |
| **Sent:** | Wednesday, September 3, 2025 1:52 PM |
| **To:** | denton@leecosteel.com |
| **Cc:** | Mike Svanascini; Rebecca Sundin; Alexa Couch |
| **Subject:** | American Eagle - EEOC Racial Discrimination Investigation |
| **Attachments:** | Letter+of+Determination+Ross+v+Americaneagle.pdf |

| | |
|---|---|
| **Importance:** | High |

Hello Mr. Nordhues:

I'm reaching out, regarding a recent investigation that I initiated with the EEOC, into American Eagle's history of racial discrimination and age discrimination. I previously interviewed with AE for an Account Manager position, only to be denied an opportunity, despite numerous years of digital media experience, including Google Ads and Facebook Ads certifications, and running my own digital consulting business.

I initiated the investigation, based upon research that determined that AE has NEVER hired a black Account Manager in the entire 40 year history of their company! The EEOC confirmed my allegations, and discovered a class of members, who were also discriminated against based upon their race. The EEOC conducted numerous interviews with AE officials, including their CEO, Michael Svanascini.

The EEOC further determined that AE attempted to obfuscate the investigation by submitting erroneous documents, in an attempt to misrepresent the actual number of African-American employees and Account Managers. AE currently has approximately 700 employees, however, they only employ 7 African-American employees, throughout their company. They also have never hired or promoted an African-American into a management position with their company.

This is the primary reason, you've never encountered black associates who represent any facet of their organization. Furthermore, I was informed that I was rejected because I lacked requisite credentials and qualifications, however, AE routinely hires college graduates with no experience or credentials for their Account Manager role.

American Eagle can't explain or justify why they've never hired a black Account Manager in their 40 year history, the only reasonable explanation is blatant discrimination. I hope you will take these findings into consideration, with regard to your continued relationship with their company.

Cheers,

Barrington D. Ross

bross@apexsearch.net

310-492-3710

EXHIBIT G

## Steven Leech

| | |
|---|---|
| **From:** | bross apexsearch.net <bross@apexsearch.net> |
| **Sent:** | Wednesday, September 3, 2025 1:43 PM |
| **To:** | rob.huffstedtler@sitecore.com; mark.frost@sitecore.com; alex.becker@sitecore.com |
| **Cc:** | Mike Svanascini; Rebecca Sundin; Alexa Couch |
| **Subject:** | American Eagle - EEOC Racial Discrimination Investigation |
| **Attachments:** | Letter+of+Determination+Ross+v+Americaneagle.pdf |

**Importance:** High

Hello Sitecore Team:

I'm reaching out, regarding a recent investigation that I initiated with the EEOC, into American Eagle's history of racial discrimination and age discrimination. I previously interviewed with AE for an Account Manager position, only to be denied an opportunity, despite numerous years of digital media experience, including Google Ads and Facebook Ads certifications, and running my own digital consulting business.

I initiated the investigation, based upon research that determined that AE has NEVER hired a black Account Manager in the entire 40 year history of their company! The EEOC confirmed my allegations, and discovered a class of members, who were also discriminated against based upon their race. The EEOC conducted numerous interviews with AE officials, including their CEO, Michael Svanascini.

The EEOC further determined that AE attempted to obfuscate the investigation by submitting erroneous documents, in an attempt to misrepresent the actual number of African-American employees and Account Managers. AE currently has approximately 700 employees, however, they only employ 7 African-American employees, throughout their company. They also have never hired or promoted an African-American into a management position with their company.

This is the primary reason, you've never encountered black associates who represent any facet of their organization. Furthermore, I was informed that I was rejected because I lacked requisite credentials and qualifications, however, AE routinely hires college graduates with no experience or credentials for their Account Manager role.

American Eagle can't explain or justify why they've never hired a black Account Manager in their 40 year history, the only reasonable explanation is blatant discrimination. I hope you will take these findings into consideration, with regard to your continued relationship with their company.

Cheers,

Barrington D. Ross

bross@apexsearch.net

310-492-3710

1

**EXHIBIT H**

## Steven Leech

| | |
|---|---|
| **From:** | Rebecca Sundin <rebeccas@americaneagle.com> |
| **Sent:** | Wednesday, September 3, 2025 4:28 PM |
| **To:** | Steven Leech; Dave Americus |
| **Subject:** | FW: Notification of Racial Discrimination Determination - American Eagle Clients |
| | |
| **Importance:** | High |



**From:** bross apexsearch.net <bross@apexsearch.net>
**Sent:** Wednesday, September 3, 2025 3:54 PM
**To:** Mike Svanascini <mikes@americaneagle.com>; Rebecca Sundin <rebeccas@americaneagle.com>; Alexa Couch <alexa.couch@americaneagle.com>; Peter Gavrilos <peter.gavrilos@americaneagle.com>
**Subject:** Notification of Racial Discrimination Determination - American Eagle Clients
**Importance:** High

Dear American Eagle

As you're aware, I've begun the process of contacting your clients, regarding the recent EEOC investigation. AE has had plenty of opportunities to address and correct your egregious discriminatory behavior. Thus far, you continue to deny black candidates a fair opportunity for hire, despite being notified of the investigation 2 years ago.

I believe that it's incumbent that your clients are aware of your history of discrimination, and your continued failure to address the issue.

If you choose to forego conciliation, then my attorney will proceed with an immediate class action lawsuit against your company.

Regards,

Barrington

**EXHIBIT I**

## Steven Leech

| | |
|---|---|
| **From:** | bross apexsearch.net <bross@apexsearch.net> |
| **Sent:** | Tuesday, October 1, 2024 4:18 PM |
| **To:** | Rebecca Sundin |
| **Cc:** | Mike Svanascini; Alexa Couch |
| **Subject:** | Re: Barry D. Ross EEOC Investigation and Chicago Sun Times Article |
| | |
| **Importance:** | High |

Dear Rebecca & Mike

As you may recall, I filed a race and age discrimination complaint with the EEOC in July 2023, against American Eagle. The EEOC recently found in my favor, concluding that American Eagle has engaged in historic discriminatory violations against African-American candidates. As I previously asserted, American Eagle has *never* hired a black Account Executive in your entire 40-year history. I also provided statements from previous AE Account Executives who further validated my complaint, that AE has traditionally failed to hire black Account Executives.

As part of my age discrimination complaint, I provided a comprehensive list of current and former Account Executives, including their names, average age, and highlighted that most were hired, despite lacking any previous experience in digital marketing or possessing any relevant certifications. American Eagle claimed that I was denied an opportunity because I lacked certifications, relevant experience and customer service skills.

I've held certifications in Linkedin, FB and Google Ads for numerous years, and successfully managed and optimized several clients' accounts. American Eagle has blatantly denied African-Americans a fair opportunity for hire and promotion, and I look forward to litigating my complaint further.

Furthermore, the Chicago Sun Times is interested in publishing an article based upon my complaint and subsequent investigation. I'm hopeful that other victims will come forward and join a class action suit against your company.

Thus far, your response and approach has been rooted in arrogance and hubris. To date, your company has *still* never hired a black Account Executive and I intend to publicize these violations.

Thanks for your attention.

Barry D. Ross

---

**From:** Rebecca Sundin <rebeccas@americaneagle.com>
**Date:** Tuesday, June 20, 2023 at 4:56 PM
**To:** "bross apexsearch.net" <bross@apexsearch.net>
**Cc:** Mike Svanascini <mikes@americaneagle.com>
**Subject:** Re: Barry D. Ross EEOC Complaint/Demand Letter

Dear Mr. Ross,

Thank you for your email. As we previously stated, Americaneagle.com denies your allegations. Further, Americaneagle.com rejects your demand for payment of $100,000. We will not respond to your emails going forward and ask that you do not contact us directly. We will respond to your EEOC Charge in a timely manner as required by the EEOC and are confident we will succeed in our defense of your claim.

**EXHIBIT I**

Regards,
Rebecca


<span style="color:red">**Rebecca Sundin**</span>
rebeccas@americaneagle.com



Americaneagle.com, 2600 S. River Road, Des Plaines, IL 60018
T. 847-699-0300 | F. 847-699-4207

*This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner. Thank you.*

---

**From:** "bross apexsearch.net" <bross@apexsearch.net>
**Date:** Tuesday, June 20, 2023 at 2:56 PM
**To:** Rebecca Sundin <rebeccas@americaneagle.com>
**Cc:** Mike Svanascini <mikes@americaneagle.com>
**Subject:** Re: Barry D. Ross EEOC Complaint/Demand Letter

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Rebecca

In regards to my recent EEOC complaint, and my offer to forego litigation, I will assume that you can't meet the burden of proof, to disprove my contention, that American Eagle has *never* hired an African-American into an Account Manager or HR role, in the entire history of the company. This type of blatant discrimination negatively resonates within the black community, and denies older, candidates of color, such as myself, a fair opportunity for hire.

I was initially optimistic about meeting with hiring managers, to discuss my qualifications for the role. However, I was never given the opportunity to meet with any technical staff. Based upon AE's history of discrimination, I assume that nearly every black candidate, was treated in the same manner. To date, AE employs nearly 700 employees, however, only 5 are African-American. These are pertinent facts that the EEOC will be interested in discovering as part of their investigative process.

However, I would like to make an offer of settlement, in exchange for a commitment from American Eagle to cease its discriminatory behavior towards candidates of my class. I am requesting $100,000 in compensation for AE's failure to hire, and consider me for the Account Manager role.

**EXHIBIT I**

If we're unable to reach a settlement agreement, I will ask the EEOC to continue their investigation, and I will provide direct evidence in the form of historically public data, to assist in further validating my claim of discrimination.

Thanks for your attention,

Barry D. Ross
310-600-5719

---

**From:** Rebecca Sundin <rebeccas@americaneagle.com>
**Date:** Monday, June 5, 2023 at 2:02 PM
**To:** "bross apexsearch.net" <bross@apexsearch.net>
**Subject:** Re: Barry D. Ross EEOC Complaint

Dear Mr. Ross,

Thank you for your email. I am the general counsel for Americaneagle.com and have reviewed your communications with our company. We strongly disagree with your allegations. We take diversity hiring very seriously and have worked closely with the U.S. Department of Labor to submit and monitor our affirmative action plan. The reason you were not hired is solely because you were not qualified for the Account Manager position to which you applied.

As clearly stated in our job posting, we require that the applicant for the account manager position must have previous customer service experience. Our account managers must have a proven track record of working within a customer service team and acting as a liaison between the company and the end customer. We look for candidates who have experience tracking projects through various online tools. We also look for candidates who have a proven record completing tasks in a technical environment for customers in a timely fashion.

We reviewed your resume determined that you do not have the requisite experience. Indeed, it is apparent you are a technical recruiter and that you specialize in talent search. The position you applied for has no overlap with the qualifications listed on your resume. Nowhere have you demonstrated that you have any customer service experience, or any experience working with technical teams to resolve customer issues. Moreover, you are located in Atlanta. We have no current plans to open an office in that area. Finally, you requested a salary that was much higher than what we would typically offer an account manager at our company. For these reasons, we decided not to continue with your application and informed you promptly.

Now that you have threatened litigation, we respectfully ask that you stop all communication to the company, including sending litigation threats to our employees and posting on our social media accounts. The company reserves all rights and remedies.

Regards,

Rebecca

**Rebecca Sundin**
rebeccas@americaneagle.com

**EXHIBIT I**

Americaneagle.com, 2600 S. River Road, Des Plaines, IL 60018
T. 847-699-0300 | F. 847-699-4207

*This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner. Thank you.*

**From:** "bross apexsearch.net" <bross@apexsearch.net>
**Date:** Friday, June 2, 2023 at 10:52 AM
**To:** Bethany Herrera <bethany.herrera@americaneagle.com>
**Subject:** FW: Barry D. Ross EEOC Complaint

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**From:** "bross apexsearch.net" <bross@apexsearch.net>
**Date:** Thursday, June 1, 2023 at 2:42 PM
**To:** Alexa Couch <alexa.couch@americaneagle.com>, "kaitlyn.schmit@americaneagle.com" <kaitlyn.schmit@americaneagle.com>
**Cc:** "msvanascini@americaneagle.com" <msvanascini@americaneagle.com>
**Subject:** Barry D. Ross EEOC Complaint

Hello Kaitlyn

I was recently rejected from an Account Manager role by Recruiter Alexa Couch. I was informed that another candidate had been selected, however, upon reviewing publicly available data, I was able to determine that AE has *never* in the 40 year history of your company, hired an African-American Account Manager. Furthermore, AE does not currently employ any African-Americans in the HR department. As I indicated to Alexa, upon receiving her notification, I strongly believe AE has intentionally discriminated against black candidates as part of your overall hiring process.

Upon reviewing the approximately 700 current employees at American Eagle, I discovered your company only employs 5 African-Americans in total, and only one African-American serves as a manager. This type of discrimination has persisted at AE, since its inception, and has denied black candidates, such as myself, an equal opportunity to be considered for hire.

I discovered AE via your company's nationwide TV ads, and I was very impressed with the roster of prestigious companies, that you support. I decided to reach out to Joe Wark, Account Manager, to discuss the scope of the role and the company expectations. During my chat with Joe, I determined that my background in PPC, Google, FB and Linkedin Ads would be a good fit for the Account Manager position. Joe seemed to agree and wished me luck throughout the process.

**EXHIBIT I**

The next phase of the process was an introductory chat with Alexa Couch, whereby, she inquired about my experience with specific technology, such as Google Ads, Shopify, Sitecore etc. Alexa also asked if I was open to relocation to the Chicago area from my current home in Atlanta. I advised her that I was definitely open to relocation, and that I was excited about continuing the interview process.

Per the email below, Alexa informed me on 5/3/23 that I was not selected for additional interviews, and the company had decided to pursue other candidates. I was flabbergasted to receive such as a quick rejection, without the benefit of being evaluated further, based upon my applicable skillset.

Alexa was aware that I was seeking to transition from recruiting into an Account Manager role at AE. I assumed that I would at least have the opportunity to meet with a Sales Manager to discuss my qualifications further, and to articulate my rationale for seeking a career change. I was hopeful because I discovered that quite a few of AE's current Account Managers had also previously served as recruiters. However, I was not given the same opportunity to be considered.

During my evaluation of your company's current Account Manager roster, I also determined that the average age of most AM's was approximately 28 years of age. I strongly believe that I was also discriminated against due to my age. Many older African-Americans have suffered the same indignation and rejection, when searching for roles that meet their qualifications. The impact of discrimination negatively resonates within the black community, and fosters a lack of trust that employers will truly give them an equal opportunity.

Alexa Couch was aware of my race, based upon my Linkedin profile picture, she was also generally aware of my age, based upon my years of experience.

Recently, I met with the EEOC and they have agreed to inquire further, regarding my discrimination complaint against your company. In lieu of litigation, I'm simply seeking a fair chance to prove my qualifications as an Account Manager, and leverage my experience in digital marketing. I'm currently certified in Google and Linkedin Marketing, and soon to be certified as a Google Cloud Specialist.

Thanks for your attention, and I look forward to your response.

Best,

Barry D. Ross
310-600-5719

---

**From:** Alexa Couch <alexa.couch@americaneagle.com>
**Date:** Wednesday, May 3, 2023 at 8:16 AM
**To:** "bross apexsearch.net" <bross@apexsearch.net>
**Subject:** RE: Phone Interview (Barry Ross) 310-383-7917

Hi Barry,

Thank you very much for your time in discussing the position and our company. Your positive personality over the phone, passion and work ethic are all things we look for in a team member. Unfortunately, we have decided to pursue another candidate at this time. It was a really tough decision and I wish I had better news for you.

Thank you for your interest in Americaneagle.com and I wish you the best of luck in finding a new career!

Thanks,

**EXHIBIT I**

## Alexa Couch
alexa.couch@americaneagle.com



Americaneagle.com, 2600 S. River Road, Des Plaines, IL 60018
T. 847-699-0300 | F. 847-699-4207

*This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner. Thank you.*

**From:** Barrington <bross@apexsearch.net>
**Sent:** Monday, May 1, 2023 3:04 PM
**To:** Alexa Couch <alexa.couch@americaneagle.com>
**Subject:** Re: Phone Interview (Barry Ross) 310-383-7917

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks for chatting Alexa!

Barry

Sent from my iPad

On May 1, 2023, at 2:46 PM, Alexa Couch <alexa.couch@americaneagle.com> wrote:

Sounds good! I'll give you a call here in about 15 minutes. 😊

## Alexa Couch
alexa.couch@americaneagle.com



Americaneagle.com, 2600 S. River Road, Des Plaines, IL 60018
T. 847-699-0300 | F. 847-699-4207

*This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner. Thank you.*

**EXHIBIT I**

**From:** bross apexsearch.net <bross@apexsearch.net>
**Sent:** Monday, May 1, 2023 10:49 AM
**To:** Alexa Couch <alexa.couch@americaneagle.com>
**Subject:** Phone Interview (Barry Ross) 310-383-7917

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hey Alexa

Looking forward to chatting, please call me at 310-383-7917 instead of number listed on Calendly.

Thanks!

Barry

**From:** Alexa Couch <alexa.couch@americaneagle.com>
**Date:** Thursday, April 27, 2023 at 10:04 AM
**To:** bross apexsearch.net <bross@apexsearch.net>
**Subject:** Americaneagle.com Phone Interview

Hi Barry,

Thank you for applying to Americaneagle.com (Web Design, Development & Digital Marketing)! We have reviewed your resume and would like to schedule a phone interview to talk more about the position as well as your experience. Please use this link to schedule a brief call with me. I'm looking forward to the conversation!

https://calendly.com/alexa-couch/americaneagle-com-phone-interview

Thanks,

## Alexa Couch
alexa.couch@americaneagle.com



Americaneagle.com, 2600 S. River Road, Des Plaines, IL 60018
T. 847-699-0300 | F. 847-699-4207

*This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner. Thank you.*