# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Svanaco, Inc., d/b/a Americaneagle.com
                                  Plaintiff,

v.                                                                              Case No.: 1:25−cv−10643
                                                                              Honorable Sara L. Ellis

Barrington Ross
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 9, 2025:

      MINUTE entry before the Honorable Sara L. Ellis: In court emergency motion hearing held on 9/9/2025. Defendant appears by phone. Emergency motion for temporary restraining order & preliminary injunction [4] is denied for the reasons stated on the record. Defendant's responsive pleading is due by 9/26/2025. Briefing schedule on motion to dismiss: Plaintiff's response is due by 10/17/2025, and Defendant's reply is due by 11/7/2025. Ruling date set for 1/21/2026 at 9:30 AM. The Court enters the following discovery schedule: 26(a)(1) disclosures are due by 9/23/2025; written discovery to issue by 10/7/2025; and fact discovery ordered closed 2/6/2026. A further telephone conference is set for 2/11/2026 at 9:30 AM. The parties should file a joint status report by 2/4/2026, indicating the status of fact discovery, the status of settlement discussions, whether the parties request a referral to the magistrate judge for settlement purposes, and whether the parties require expert discovery prior to dispositive motion practice and proposed schedules for expert discovery and summary judgment briefing where applicable. Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: (650) 479−3207, Access Code: 2314 361 1508. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Please note that the conference call−in will be used by all cases that are on the court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called. Members of the public and media will be able to call in to listen to this hearing (use toll−free number). Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.